## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
        PELVIC REPAIR SYSTEM                             MDL NO. 2327
        PRODUCTS LIABILITY LITIGATION

---

THIS DOCUMENT RELATES TO

CYNTHIA KIEL,

        Plaintiff,

v.                                     Civil Action No. 2:15-cv-11448

ETHICON, INC., and
JOHNSON & JOHNSON,

        Defendants.

### MEMORANDUM OPINION AND ORDER

Plaintiff, Cynthia Kiel's counsel filed this civil action on July 22, 2015, [ECF No. 1]. On November 26, 2018, plaintiff's counsel filed a Suggestion of Death noting the death of plaintiff Cynthia Kiel on May 1, 2015.  Because the plaintiff was deceased prior to the time this case was filed, she cannot bring a lawsuit in her own name. "[A] lawsuit filed in the name of a deceased individual is a nullity over which this Court has no jurisdiction." *In re Engle Cases,* No. 3:09-cv-1000-J-32JBT, 2013 WL 8115442, at *2 (M.D. Fla. Jan. 22, 2013).  Accordingly, the court **ORDERS** that this case is **DISMISSED** without prejudice and **STRICKEN** from the docket of this court.

The court **DIRECTS** the Clerk to file a copy of this Order and to send a copy of this Order to counsel and any unrepresented party.

ENTER:  June 11, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE